Fill in this information to identify the case:

Debtor name: **Parliament Partners, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **6:20-bk-03784-LVV**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Affordable Lock & Security<br>PO Box 31261<br>Tampa, FL 33631 | 813-232-7600 | Trade Debt | | | | $289.57 |
| ASCAP<br>Attn: Account Services<br>PO Box 311608<br>Nashville, TN 37203 | 800-505-4052 | Trade debt | | | | $70,271.54 |
| Bizfi aka ACM MCC VI, LLC<br>460 Park Avenue S., 10th FL<br>New York, NY 10016 | Eric B. Zwiebel, Esq.<br>eric.zwiebel@emzwlaw.com<br>954-424-2005 | Trade Debt | | | | $144,636.65 |
| Cypress LLC<br>c/o Holland & Knight<br>50 North Laura St, Ste 3900<br>Jacksonville, FL 32202 | Alan Weiss<br>alan.weiss@hklaw.com<br>904-798-5459 | Loan | | | | $560,000.00 |
| Ecolab<br>PO Box 32027<br>New York, NY 10087-2027 | 954-436-2602 | Trade debt | | | | $1,221.24 |
| First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197 | 800-837-3707 | Insurance services | | | | $929.96 |
| Lion Financial, LLC<br>301 W. 41st Street Suite 406<br>Miami Beach, FL 33140 | Morgan B. Edelboim, Esq.<br>morgan@elrolaw.com<br>305-768-9909 | Loan | Disputed | | | $4,800,000.00 |

Debtor  **Parliament Partners, Inc.**  Case number *(if known)*  **6:20-bk-03784-LVV**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Moran Kidd<br>PO Box 472<br>Orlando, FL 32802-0472 | James F. Kidd, Esq.<br><br>jfkidd@morankidd.com<br>407-841-4141 | Legal Fees | | | | $14,386.00 |
| Orlando Utilities Commission<br>PO Box 4901<br>Orlando, FL 32802-4901 | 407-423-9018 | Utilities | | | | $26,228.40 |
| Paul Buchanan<br>26373 Old Spring Lake Road<br>Brooksville, FL 34602-8055 | M.D. Purcell, Jr., Esq.<br><br>chip@mdpurcell.com<br>813-960-7887 | Trade debt | | | | $50,000.00 |
| Poolworks<br>700 Wilma Street<br>Longwood, FL 32750 | 407-831-5571 | Trade debt | | | | $1,847.00 |
| R. W. Phipps<br>209 E. Marks Street<br>Orlando, FL 32803 | 407-422-4171 | Trade Debt | | | | $60,085.27 |
| RDM Capital Funding, LLC<br>777 Passaic Ave., Ste. 375<br>Clifton, NJ 07012 | Richard Muller, Esq.<br><br>rmuller@mullerlawoffice.com<br>877-464-8470 | Judgment | | | | $125,000.00 |
| Spectrum<br>P.O. Box 7195<br>Pasadena, CA 91109-7195 | 800-314-7195 | Trade debt | | | | $5,802.45 |
| Spectrum<br>P.O. Box 7195<br>Pasadena, CA 91109-7195 | 800-314-7195 | Trade debt | | | | $1,509.13 |
| Spectrum<br>P.O. Box 7195<br>Pasadena, CA 91109-7195 | 800-314-7195 | Trade debt | | | | $329.22 |
| Teco Gas<br>PO Box 31318<br>Tampa, FL 33631 | 877-832-6747 | Utilities | | | | $6,061.11 |
| Waste Connection<br>1099 Miller Drive<br>Altamonte Springs, FL 32701 | 407-261-5000 | Trade debt | | | | $5,100.00 |

| Debtor | Parliament Partners, Inc. | | Case number *(if known)* | | 6:20-bk-03784-LVV |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Windstream Enterprise** **P.O Box 9001908** **Louisville, KY 40290-1908** | **800-600-5050** | **Network services** | | | | $2,563.00 |