## United States Bankruptcy Court
### Middle District of Florida

In re  **Parliament Partners, Inc.**                                                  Case No.  **6:20-bk-03784-LVV**
                                          Debtor(s)                                    Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Parliament Partners, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_July 16, 2020_
Date

R. Scott Shuker, Esq
Signature of Attorney or Litigant
Counsel for  **Parliament Partners, Inc.**
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801
(407) 337-2060
rshuker@shukerdorris.com