ORDERED.

Dated: October 01, 2020

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE | CASE NO.: 6:20-bk-03784-LVV |
| PARLIAMENT PARTNERS, INC., | CHAPTER 11 |
| Debtor. _____/ | |

### ORDER GRANTING DEBTOR'S AMENDED
### MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE

**THIS CASE** came on for hearing on September 23, 2020 (the "Hearing") upon the Debtor's amended motion to voluntarily dismiss Chapter 11 case (the "Motion") (Doc. No. 57) filed on September 16, 2020. At the Hearing, counsel for Debtor announced that dismissal would be contingent upon Debtor's payment of Mr. Altman's fees as Subchapter 5 Trustee and its agreement to timely file the September report for Tourist Development Tax and pay the required tax. Upon consideration of the Motion, having heard the arguments of all parties present at the Hearing, and noting the withdrawal of the Limited Objection of Phil Diamond, CPA, the Orange

County Comptroller, to Debtor's Amended Motion to Voluntarily Dismiss Chapter 11 Case (Doc. No. 59), it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Chapter 11 Case is **DISMISSED.**

3. Debtor shall pay the outstanding fees and expenses in the total amount of $1035.30 to Mr. Altman within ten (10) days of the entry of this Order.

4. Debtor shall timely file the September report for Tourist Development Tax and pay the required tax.

5. The Court will reopen the case, if needed, to enforce the terms of this Order.

###

Attorney R. Scott Shuker is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.